1  LANDON D. BAILEY (State Bar No. 240236)
   BAILEY PLC
2  1200 Suncast Lane, Suite 7
   El Dorado Hills, CA 95762
3  Telephone: (916) 713-2580
   Email: landon@baileyplc.com
4
   *Attorneys for Plaintiff*
5  *Vasile Bote dba BAS Apiary*

6

7  WANGER JONES HELSLEY PC
   265 East River Park Circle, Suite 310
8  Fresno, California 93720
   Telephone: (559) 233-4800
9  Facsimile: (559) 233-9330
   Kurt F. Vote #160496
10 kvote@wjhattorneys.com

11 *Attorneys for Defendant*
   *Scott Keene dba Mountain Honey Farms*

12

13             **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

| 16 | VASILE BOTE dba BAS APIARY; | Case No. 2:25-cv-02207-WBS-JDP |
|---|---|---|
| 17 | Plaintiff, | |
| 18 | v. | **STIPULATION TO TRANSFER VENUE TO UNITED STATES DISTRICT COURT OF NORTH DAKOTA PURSUANT TO 28 U.S.C. § 1404(a); ORDER** |
| 19 | SCOTT KEENE dba MOUNTAIN HONEY FARMS, | |
| 20 | Defendant. | |

Plaintiff Vasile Bote dba BAS Apiary ("Plaintiff" or "Bote") and Defendant Scott Keene dba Mountain Honey Farms ("Defendant" or "Keene") (the "Parties"), by and through their respective counsel, jointly submit the following Stipulation to transfer venue of this matter to the United States District Court, District of North Dakota.

## **STIPULATION**

WHEREAS, Plaintiff Bote is, and at all relevant times was, an individual domiciled in the State of California, residing in the city of Modesto, California who does business under the fictitious business name BAS Apiary; and

WHEREAS, Defendant Keene is, and at all relevant times was an individual domiciled in the State of Oregon, but with his principal place of business in North Dakota, who does business under the fictitious business name Mountain Honey Farms; and

WHEREAS, Bote filed his Complaint in this Court on August 7, 2025 alleging six separate causes of action arising from a beekeeping business relationship between Bote and Keene; and

WHEREAS, on November 25, 2025, Keene filed a Motion to Dismiss, or in the Alternative, to Transfer Venue contending that the proper venue for this action is the United States District Court, District of North Dakota; and

WHEREAS, the hearing on Keene's Motion is currently scheduled before this Court on January 20, 2026; and

WHEREAS, Bote disputes and disagrees with many of the contentions set forth in Keene's Motion, but does not dispute that this matter could have been properly filed in United States District Court for the District of North Dakota; and

WHEREAS, rather than litigating the Parties' dispute concerning venue, Bote is amenable to agreeing to transferring this action to the United States District Court, District of North Dakota for further proceedings; and

WHEREAS, the Parties, by and through their respective counsel of record, have met and conferred in good faith, and have agreed to jointly request that this Court transfer this case to the United States District Court, District of North Dakota.

1  NOW, THEREFORE, Plaintiff Bote and Defendant Keene hereby stipulate and agree as
2  follows:
3  1. This case may be transferred to the United States District Court, District of North
4  Dakota.
5  2. The Parties hereby request that this Court Order the transfer of venue.
6  3. The Parties further request that this Court vacate the hearing on Defendant's
7  Motion presently set for January 20, 2026, as well as the Initial Scheduling Conference presently
8  set for April 6, 2026.
9  IT IS SO STIPULATED.

Dated: December 9, 2025                BAILEY PLC


                                       By:      /s/ Landon D. Bailey
                                                   Landon D. Bailey
                                                 Attorneys for Plaintiff
                                         VASILE BOTE DBA BAS APIARY


Dated: December 9, 2025                WANGER JONES HELSLEY PC


                                       By:      /s/ Kurt F. Vote
                                                    Kurt F. Vote
                                                Attorneys for Defendant
                                         SCOTT KEENE DBA MOUNTAIN
                                                   HONEY FARMS

**ORDER**

The Court, having reviewed and considered the Stipulation of the Parties, and good cause appearing therefore, hereby ORDERS as follows:

1. The Stipulation of the Parties to transfer venue in this case to the United Stated District Court, District of North Dakota is APPROVED.

2. This case is hereby TRANSFERRED to the United States District Court, District of North Dakota pursuant to 28 U.S.C. § 1404(a).

3. Hearing on Defendant's Motion presently set for January 20, 2026 is VACATED.

4. The Initial Scheduling Conference presently set for April 6, 2026 is VACATED.

5. The Clerk is hereby directed to transfer this case to the United States District Court, District of North Dakota, forthwith.

Dated: December 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE